IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
EARNEST EDWARD BLADEL,         )
                               )
    Plaintiff,                 )
                               )    CIVIL ACTION NO.
    v.                         )      1:14cv118-MHT
                               )          (WO)
HOUSTON COUNTY, et al.,        )
                               )
    Defendants.                )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a county-jail inmate, filed this lawsuit seeking damages for falling down the stairs while he was shackled at his ankles. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

**An appropriate judgment will be entered.**

**DONE, this the 13th day of June, 2014.**

                                   /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**