IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| **EARNEST EDWARD BLADEL,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:14cv118-MHT |
| | ) | (WO) |
| **HOUSTON COUNTY, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. No. 4) is adopted.

(2) This lawsuit is dismissed pursuant to 28 U.S.C.A. § 1915(e)(2)(B)(i) & (ii).

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 13th day of June, 2014.**

    **/s/ Myron H. Thompson**
    **UNITED STATES DISTRICT JUDGE**